FILED

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FEB 2 9 2024

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
## _____ DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Ersala Hemon 650979
Plaintiff's Name and ID Number

Comal County Jail
Place of Confinement

# SA24CA0218 XR
CASE NO. _____
(Clerk will assign the number)

v.

Comal County Jail 3000 IH 35S
Defendant's Name and Address New Braunfels, Tx 78130

Mark Reynolds 3000 IH 35S
Defendant's Name and Address New Braunfels, Tx 78130

Officer Perez 3395 3000 IH 35S
Defendant's Name and Address New Braunfels, Tx 78130
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: January 10, 2024

        2. Parties to previous lawsuit:

          Plaintiff(s) Eusola Jarmon

          Defendant(s) Corr Health, Comal County Jail, Mark Reynold

        3. Court: (If federal, name the district; if state, name the county.) Western District of Texas

        4. Cause number: CASO #5;24-CV-00051-JKP

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending

        7. Approximate date of disposition: January 11, 2024

II.   PLACE OF PRESENT CONFINEMENT: _Comal County Jail_

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X̲ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Comal County Jail_
_3000 IH 35S_
_New Braunfels, Tx 78130_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Comal County Jail, Jail, 3000 IH 35S_
_New Braunfels, Tx 78130_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Negligence, profiling, violation of Civil Rights, negative targeting, harassment_

Defendant #2: _Mark Reynolds, Sheriff Comal County Jail,_
_3000 IH 35S New Braunfels, Tx 78130_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_No control of his officers and how his jail and inmates are being manor treated_

Defendant #3: _Officer Perez 3395, Correction Officer, Comal County Jail_
_3000 IH 35S New Braunfels, Tx 78130_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_harrassment, negligance, profiling, violation of Civil Right, negative targeting_

Defendant #4: _Sean gent Haynes 3319, Seargent, Comal County Jail_
_3000 IH 35S New Braunfels, Tx 78130_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_harrassment, negligance, profiling, violation of Civil Rights, negative targeting_

Defendant #5: _Cpl Andrade 3375, Cpl, Comal County Jail_
_3000 IH 35S New Braunfels, Tx 78130_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_harrassment, negligance, profiling, violation of Civil Rights, negative targeting_

Ersala Jarmon 650979
3000 IH 35 S
New Braunfels, Tx 78130



Defendent #6 Sgt Elbert #3347, Sgt, Comal County Jail
        3000 IH 35S New Braunfels, Tx 78130

Violation of civil rights, negative profiling, tARgeting, hARRASSment
    Negligance

Defendent #7 Officer CAstilleja, Officer, Comal County Jail
        3000 IH 35S New Braunfels, Tx 78130

Violation of Civil RIGHTS, negative profiling, tARgeting, + hARRASSment
    Negligance

V.    **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I have been incarcerated in Comal County Jail since July 12, 2023. I have been harassed, profiled, targeted, unjustly punished, my civil rights along with cival rights; have been violated by ruhisal of due payness, and I have been refused ranked on several occassions. There have been several events during my stay where as multiple persons employed by comal county activ'ley participated in my negative treatment including Ranking officers.

VI.   **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Compensation, Training

VII.  **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Ersala Donta Salmon

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Comal County 650979, Harris County 01724400, State Jail "Unknown"

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

Ersala Jarmon 650979
3000 IH 35 S
New Braunfels, Tx 78130

PEREZ #3395

   8/15 • Shook Down
     • knocking on door staring in
   8/16 • grievanced about harressment
     • took readers and called contraband but allow trade of coffee and tee shirt
      earlier

   8/22 • hair in food
     • not fed dinner tray
     • moved into another dorm (seperation)
     • Never inquired nor spoken too about anything
   8/25 • wrote up for inciting a fight
     • not following orders
     • disreputable in a facility

Elbert #3347

   8/18 • grievance on how he allowed me to be harrassed
   8/18 • how asking to speak to rank about buying meds.
     • how can I get punished for doing nothing
   8/25 • put in over 8 grievances over the weekend + how asked to
     speak to rank and denied.
   8/30 • about an officer putting his hands on me + told (Elbert) saw
     nothing, a different officer saw a tug: How I follow orders
     and there had to be No sound on recording alleging different
   9/16 • wasn't transported to court,
   9/17 • about being disciplined (3 black ladies) + found innocent
   9/19 = from write up but already targeted, profiled and harrassed
     on the matter no one cared me telling truthfully
   9/23 = grievance addressing his lies

Sgt Haynes #3319
   8/27 • stopped taking my grievance forms,
     • told I was trying to get his officers in trouble
   8/30 • didn't have mic on when I was assaulted by officer Castilljo

Sgt Haynes #3319 told me I was trouble

Ersala Jarmon 650979
3000 IH 35 S
New Braunfels, Tx 78130

## Officer Castilleja #3321

| | |
|---|---|
| 8/16 | • Took some glasses from me without word for Another inmate |
| 8/25 | • Put his hands on me when my hands were on the bars following orders |
| 9/22 | • Tried to put some Hooch on me in my Room and blame me for it. |
| | • refused to turn in my forms |

## ~~Sgt Haynes #33~~

## Cpl Andrade #3375

- • refused RANK every time I asked
- • told me to do him a favor and sit in seperation because he finally got me help after 18 hrs from almost dying from allergy
- • told me I was trouble

Legal Mail

C.  Has any court ever warned or notified you that sanctions could be imposed?          _____ YES  ☒ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued.
    (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division):_____

    2.  Case number:_____

    3.  Approximate date warning was issued:_____

Executed on: _February 26,2024_                              _Eisala Jarmon_____
                  DATE

                                                             _____
                                                                     (Signature of Plaintiff)


**PLAINTIFF'S DECLARATIONS**

    1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
    2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
    3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
    4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
    5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____26_____ day of ___February___, 20 _24_ .
                  (Day)              (month)            (year)

                                                             _Eisala Jarmon_____

                                                             _____
                                                                     (Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions.  The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# COMAL COUNTY SHERIFF'S OFFICE

## CORRECTIONS DIVISION



TO: **JARMON, ERSALA DONTA**          SPN: **650979**

FROM: SGT. EBERT - DISCIPLINARY CHAIR

REF: HEARING FOR INCIDENT(S) OCCURRING ON: 08/22/2023

1. DISRUPTION OF ANY INSTITUTIONAL ACTIVITY
2. INCITING A FIGHT
3. REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES

You will have a hearing heard by the disciplinary board on or around **09/15/2023**

I, **JARMON, ERSALA DONTA**

(Circle One)   **WILL / WILL NOT** ATTEND MY HEARING

SIGNATURE OF INMATE: _____

DATE AND TIME DELIVERED: __9/11/23e_____

OFFICER NOTIFYING: ___Snyder 3373_____

# Comal County Sheriff's Office
# Corrections Division
# Inmate Grievance



**To Inmate**: JARMON, ERSALA          **SO #: 650979**          **Cell#: A5-1**

**From:** SGT. EBERT #3347

**Grievance : 621**

**Indicated grievance that applies:**

| X | If you have been subject to a breach of any civil right | X | If you have been subject to any criminal act | X | If you have been subject to a prohibited act by any staff member |
|---|---|---|---|---|---|
| | If you have been subject to a denial of privileges | | Filing an appeal to Grievance #: | | |

Your grievance has been turned in and is being looked into. As stated in the Comal County Inmate Rule Book you will receive a written interim response within FIFTEEN (15) days. **This is your interim response.** You will be provided a final written response within SIXTY (60) days of receipt of your grievance.

| _Sgt. C. Ebert 3347_ | _3742_ | _9-25-2023_ |
|---|---|---|
| Officer answering grievance | Badge # | Date |
| | | |
| Officer giving form | Badge # | Date |
| | | |
| Inmate receiving form | SPN | Date |

## PLEASE RETURN TO ADMIN SERGEANT



# COMAL COUNTY SHERIFF'S OFFICE

## INMATE GRIEVANCE

**COMPLETED BY: SGT EBERT #3347**

**INMATE: JARMON, ERSALA          SPN# 650979          CELL# A5-1**

**DATE: 10-12-2023**

**GRIEVANCE # 621**

Your grievance has been received and reviewed. Once receiving your issued grievance on Sept. 22, 2023 it was discovered that you provided dates of the incident that exceed the seven(7) day reporting requirement for submitting grievances. Your initial grievance request concerning this incident was signed for and collected on Sept. 20, 2023. The dates provided in your issued grievance for the incident you are reporting were listed as either Sept. 9, 2023 or Sept 10, 2023. Both of these dates exceed the seven day reporting period as outlined in the Comal County Inmate Hand Book that all inmates have access to. In addition, the incident you reported did not place you in harms way or result in any loss of privilege. Given the above listed facts this grievance will not be investigated further.

.

| | |
|---|---|
| Grievance Board Member | 10-12-2023<br>DATE |
| Grievance Board Member | 10-12-2023<br>DATE |
| Grievance Board Member | 10-12-23<br>DATE |
| Inmate Receiving | DATE |

## PLEASE RETURN TO ADMIN SGT.

GRIEVANCE # 621

**COMAL COUNTY SHERIFF'S OFFICE**
**CORRECTIONS DIVISION**
**INMATE GRIEVANCE**

To: Administrative Sergeant

From: Casala Jaimon                SPN#: 650979  Cell: A5¹

Date Filed: 9-22-23              Date Confined: 7-12-2023

Indicate grievance that applies:

| | | | | | |
|---|---|---|---|---|---|
| X | If you have been subject to a breach of any civil right. | X | If you have been subject to any criminal act. | X | If you have been subject to a prohibited act by any staff member. |
| | If you have been subject to a denial of privileges. | | Filing an appeal to grievance # | | |

The Administration Sergeant will initiate responses for all grievances within a reasonable time period.  Be advised that abuse of the grievance procedure or submission of any false statements can result in disciplinary action.

Print or write legible.  Include all dates, times, and names of person involved, including witnesses if necessary.
**STATEMENT**
I wish to file a grievance; I verify that my statement is true and correct to the best of my knowledge and belief.

On September 9th or 10th I was laying in my bunk in A54. Officer Castillo walked in with a Defasher bottle with substance in it (roach) and asked me if it was mine. I was at awe and I jumped up and told him "No, where you get that from". He replied "from the bunk" and said "No, my bunkie Aguillo then rose up and responded "you didn't come in here, nor did you get that out'a here". He then left out the room with the bottle. He got that bottle from downstairs I saw it outside A.5 where at the pill cart (morning). I don't know where it originally came from, but not from me, my bedding nor bunkies. (Aguillo, Lukas) Nothing was made of it but he did until my bunkie Aguillo stepped in. But this is the same reason I grieved for Aguillo, his hands on me when I have no orders & did nothing wrong. Grieved for harassment him + his fangs.

INMATE SIGNATURE: Casala Jaimon

Officer picking up grievance: Sgt C Scott 334  [signature] 334  Date grievance picked up : 9-22-2023

Page 1 of 5

**Inmate Incident # N/A**
Booking Number: 370812



## Inmate Information

Name:  JARMON, ERSALA DONTA

| | | | |
|---|---|---|---|
| Date of Birth: | 08/21/1978 | SO Number: | 650979 |
| Gender: | Female | Social Security: | 467431178 |
| Race: | Black | Driver's License: | TX-29032423 |

## Incident Information

| | | | |
|---|---|---|---|
| Date: | 08/22/2023 | Time: | 5:13 PM |
| Badge #: | 3395 | | |
| Officer Name: | PEREZ, G. | | |
| Violation Type: | Major | | |
| Incident Type: | DISRUPTION OF ANY INSTITUTIONAL ACTIVITY | | |
| Evidence: | INCITING A FIGHT, REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES | | |

| Party | Connection | Violations |
|---|---|---|
| JARMON, ERSALA DONTA | Inmate | |

## Hearing Information

| | | | |
|---|---|---|---|
| Date: | 09/15/2023 | Time: | 9:00 AM |
| Badge #: | 3347 | Officer Name: | EBERT, GARY |
| Location: | B POD MULTI | | |

| Party | Connection |
|---|---|
| EBERT, GARY | Hearing Officer |
| Schmidt, Dorian E | Hearing Officer |
| CAMPBELL, J | Hearing Officer |
| JARMON, ERSALA DONTA | Inmate |

## Minutes Information

| | | | |
|---|---|---|---|
| Date: | 09/15/2023 | | |
| Badge #: | 3383 | Officer Name: | Schmidt, Dorian E |
| Start: | 10:07 AM | | |
| Result: | You committed the above prohibited act | | |
| Comment: | INMATE FOUND GUILTY. SANCTIONS BEGIN 9-15-2023 ENDIN 9-21-2023 | | |
| Minutes: | | | |

INMATE PLEADS NOT GUILTY. INMATE STATES A HAIR WAS IN HER FOOD WHEN TRAYS WERE BEING PASSED. INMATE STATES ANOTHER INMATE SAID SOMETHING AND WAS TOLD TO NOT SHARE HER PERSONAL ISSUES WITH THE POD. INMATE STATES OTHER INMATES BEGAN TO "CHIME IN" AND BEGAN TO ARGUE WITH HER OVER POD ISSUES. INMATE FOUND GUILTY OF DISRUPTION OF ANY INSTITUTIONAL ACTIVITY AND INSUFFICIENT EVIDENCE

*Printed on 9/15/2023 at 10:30:47 AM*

ON INCITING A FIGHT AND REFUSAL TO FOLLOW WRITTEN OR ORAL DIRECTIVES. SANCTIONS IMPOSED: 7 DAYS NO COMMISSARY, 7 DAYS NO VISITATION (VIDEO/ IN PERSON).













# Cathy S. Compton, Attorney at Law

Compassionate Approach | Serious Representation | TBLS Board certified in Criminal Law

September 19, 2023

*Ersala Jarmon, SO#650979*
Comal County Jail
3000 IH 35 South
New Braunfels, TX 78130

Dear Ersala,

I am writing to let you know that even though you did not go to court (they said they could not transport you due to a fight), I am working on your case and have asked the DA's office to give it a look to see if we can resolve the case quickly. I will not be meeting with you until I have something more to tell you and if I don't have anything more to report before then, I will see you at the next court setting we have. In the meantime, please do not make multiple requests for visits. I know that you would like to have a visit, and I will see you as quickly as possible once I have something new to discuss with you.

Sincerely,

Cathy S. Compton

# TEXAS COMMISSION ON JAIL STANDARDS



**EXECUTIVE DIRECTOR**
Brandon S. Wood

P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
http://www.tcjs.state.tx.us
info@tcjs.state.tx.us

November 3, 2023

Ersala Jarmon #650979
300 IH 35 S
New Braunfels, TX 78130

Dear Ms. Jarmon,

Your letter regarding the Comal County Jail was received. After a thorough investigation it appears that no violation of minimum jail standards has occurred.

You allege you were denied emergency medical treatment for a dental issue. After speaking with senior jail staff, and reviewing provided documentation, your medical requests are being answered in a timely manner and received treatment for your dental issues. The Texas Commission on Jail Standards does not question the professional opinion of medical personnel. If you believe that the treatment you received is not appropriate, you must direct these matters to the facility medical staff.

You allege inmates do not have access to medications provided by previous counties. This is not a violation of minimum jail standards. Each facility has a health plan approved by the Commission. Each facility has a health care provider that reviews, prescribes, and approves medications.

You allege you are not provided soap, shampoo, toothpaste, and floss as needed. After speaking with senior jail staff, and reviewing provided documentation, soap, toothpaste, and toothbrushes are provided once a week by the facility, and soap is available upon request. Other items are available for purchase from commissary.

You allege you are not provided with undergarments. The facility does not provide those as standard facility clothing and are available for purchase from their commissary vendor. This does not violate minimum jail standards.

You allege there is green algae in the shower and the air vents are dirty in your housing area. After speaking with senior jail staff, and reviewing provided documentation,

Judge Bill Stoudt, Longview, Chair
Dr. Esmaeil Porsa, M.D., Houston, Vice-Chair
Ross Reyes, Melissa

Sheriff Kelly Rowe, Lubbock
Sheriff Raul "Pinky" Gonzales, Refugio
Patricia M. Anthony, Garland

Commissioner Ben Perry, Waco
Duane Lock, Southlake
Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*

# TEXAS COMMISSION ON JAIL STANDARDS

**EXECUTIVE DIRECTOR**
Brandon S. Wood



P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
http://www.tcjs.state.tx.us
info@tcjs.state.tx.us

inmates are provided with cleaning supplies on a daily basis and are responsible for cleaning their housing area. Officers have stronger cleaning chemicals available for shower areas when needed. Your medical records indicate you requested an inhaler due to maintenance cleaning the air vents.

You allege the jail only launders their inmate clothing once a week. This is within minimum jail standards.

You allege blankets are only cleaned once every three months. This is within minimum jail standards.

The issues you have regarding lighting in the housing areas, and the steps on the bunks are part of construction approved by the Commission.

This complaint is closed.  Should you decide to appeal, all appeals must be received within 30 days after the complaint is closed.  **Additional new information must be submitted to warrant the case being re-opened.**  We will continue to monitor Comal County for compliance.

Respectfully,

Jason Davis
Complaint Inspector
Texas Commission on Jail Standards

Judge Bill Stoudt, Longview, Chair                    Sheriff Kelly Rowe, Lubbock                    Commissioner Ben Perry, Waco
Dr. Esmaeil Porsa, M.D., Houston, Vice-Chair      Sheriff Raul "Pinky" Gonzales, Refugio                    Duane Lock, Southlake
Ross Reyes, Melissa                          Patricia M. Anthony, Garland                    Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Ersala Jarmon          CELL: A6 4

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 650979

1. REQUEST _____   2. GRIEVANCE __X__   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) *NO PROFANITY*

I feel like I am being harassed by an officer. Officer Perez is going out of her way to mess with me. She went through my bunk while I was at court. She made me put the uniform shirt on over my T-Shirt because I don't have a bra. If I am required to wear a bra a bra should be provided. I don't have contraband issues in the past so there is no reason for Perez to be harassing me everytime she passes my cell she stops and stares at me by banging on my door.

INMATE SIGNATURE: Ersala Jarmon     DATE/TIME: 8/16/23

JAILER SIGNATURE & BADGE #: 3321     DATE/TIME: 08/16/23

RESPONSE: Officers have the right to search your belongings for contraband. You are not required to wear a bra but coverage is highly recommended. You can purchase bras off commissary.

Cpl. Temple 3352

INMATE SIGNATURE: Ersala Jarmon     DATE/TIME: 8/17/23

JAILER SIGNATURE & BADGE #: _____     DATE/TIME: _____

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Ersala Jarmon                                                    CELL: A6'

PURPOSE OF FORM: (CHECK ONLY ONE)        SPN #: 650974

1. REQUEST _____  2. GRIEVANCE __X__  3. MEDICAL _____  4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

After I put a grievance into on Mrs Perez. She made a
Point to come and be petty and have her male Prence a to come
into my room + take my students. He only asked were they mine.
She told me that I don't get anything handed down to me from an inmate
that already left. But she let me get a sweater from an inmate in her face
in Pod 3 as she was making her S. this is still a form of harassment I I'm
documenting it. Already spoke to Sgt. Either wants to make it. She was down here to
Ersala Jarmon    8/17/23                        Chas Smith  8/17/23 19:31

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

RESPONSE: It seems as though all officers mentioned pick + choose when to do their job.
No consistancy and allergies an excuse to allow others to mistreat inmate
Response:

_Rewrite your complaint on another Inmate Request Form._

_Do not write in the "Response" section    Cpl. James 3352_

E. Jarmon   8/21/23

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Ersala Jarmon                                              CELL: A6

PURPOSE OF FORM: (CHECK UNDERLINE ONLY ONE)       SPN #: 650979

1. REQUEST _____   2. GRIEVANCE __X__   3. MEDICAL _____   4. OTHER _Sgt Elbert_

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) ***NO PROFANITY***

It's obvious that your looks to insire that y/o/o/'s mismat inmates
unfairly inappropible. How can a mele wear a bra - McRA is wor
this to our grievances. If she or you have a problem with me not hav
on a bra and it's not issued by the jail. Soon Iko _____ ___
to buy me one. I know what's sold on _____ _____ with your illogical
responses.

Ersala Jarmon  8/18/23                    Chul  8/18/23 2226
INMATE SIGNATURE        DATE/TIME          JAILER SIGNATURE & BADGE #      DATE/TIME

RESPONSE: Comal County is not required to provide you with a bra. We
do however provide you with a uniform shirt.

                              Sgt G. Elbert 3247
                              8-27-2023

Ersala Chan                               TmSnyder 3373      8/23/23
INMATE SIGNATURE        DATE/TIME          JAILER SIGNATURE & BADGE #      DATE/TIME

**White-Inmate file when completed    Yellow-Response to inmate request    Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ebsala Jarmon                    CELL: A5 4

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 650979

1. REQUEST _____    2. GRIEVANCE ___X___   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) *NO PROFANITY*

On 8/22 there was a hair in my dinner tray + Perez was being petty about the tray asking about hair + placement that she let 3 different Arguements occur in her face. she told me to _____ the _____ the _____ the situation. She moved me and _____ at me + told me I wasn't going to eat so she _____ my food. I make commissary so it wasn't like a lobster and was being stupid about feeding me she missed a disturbance occuring in her fro

Ebsala Jarmon 8/22/23

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

RESPONSE: It is my understanding, after speaking with the shift supervisor you were not able to provide the officer with either evidence you claim to have been in your tray.

Sgt G. Sharp 3741
8-31-2023

Emily Jarmon    8/31/23          _____ 3395          08/31/23

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

**White-Inmate file when completed    Yellow-Response to inmate request    Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon                                    CELL: A54

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 650979
   1. REQUEST _____   2. GRIEVANCE ___ X ___   3. MEDICAL ___ ___   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

I just spoke to Mrs Schnider about A65(erika) got Mary Jane Trajo
to make an announcement that started a arguement. Then erika tried to
confront me about telling the gill to not get in trouble for trying to sell
her pills to Mary Jane for erika. I told her I know nothing about who was trying
to sell her pills so she told on herself. Jerez took erika out which started all of
everything and came to write me up. I didn't start any arguements nor do I
put on pills to sell anyone jail she didn't question me just comments herself

Ersala Jarmon      2/25/23          D. Jaa          2-25-25
INMATE SIGNATURE        DATE/TIME          JAILER SIGNATURE & BADGE #        DATE/TIME

RESPONSE: ~~////~~

You can't speak to the Disciplinary board about your
write up.                        L.H 3319

Ersala          8/25/22
INMATE SIGNATURE        DATE/TIME          JAILER SIGNATURE & BADGE #        DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon                                                            CELL: A5'4

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 1650979

1. REQUEST _____   2. GRIEVANCE _____   X   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

Perez is continously harrassing me. Trying to write me up for a
disturbance that was started from another female thinking I told the
girl she was trying to buy them from not to get me tangle for selling
her pills. She confronted me and escalated me + wrote me up without
even questioning no one else but the girl trying to get the pills.
constant harrassment. She allowed everyone that tries to buy + sell to stay inside
in tank

Ersala Jarmon    8/25/23                          B 3440         8-25-23

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

RESPONSE:

Serving an inmate a write up is not part of her Job.
If you act right and don't cause disruptions you wont be
written up. Your complaint is invalid.   WH 3219

Ersala J    8/25/23

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Ersala Jarmon                                              CELL: A5⁴

PURPOSE OF FORM: (CHECK ONLY ONE)        SPN #: 150979

1. REQUEST _____   2. GRIEVANCE ___X___   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) ***NO PROFANITY***

Castillia put his hands on me to push me into my cell with
both of his hands on the baps but it wasn't moving so I
was no threat. He was not suppose to touch me at all. Before
I refused to sign a bralls write up from Perez constant
harassment. Two ____

Ersala Jarmon  8/25/23                        344?          8-25-23

INMATE SIGNATURE        DATE/TIME            JAILER SIGNATURE & BADGE #      DATE/TIME

RESPONSE: _____
Officer Castillega is within his rights to put his hands on
you when you are not following instruction. I have already watched
video on this and your complaint is invalid.    wit Sgt/S

Ersala                8/25/23              Sgt Scott 3279   8/25/2023  1745

INMATE SIGNATURE        DATE/TIME            JAILER SIGNATURE & BADGE #      DATE/TIME

**White-Inmate file when completed       Yellow-Response to inmate request       Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon                                                CELL: A4'

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)                    SPN #: 050979

1. REQUEST _____    2. GRIEVANCE _____ X    3. MEDICAL _____    4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

I bit I love the way you lie so well. My first move was because my classification change moved from 3 to 6. The Nut how was Perez target and obviously you as I'll recibue teaching me remember. Remember the num black female cohort didn't get shuckt up for buying pills can't concinted me. I have never been adestroblel or called art. I was lotal out and that was a lie a stuff. Y'all haven't found me guilty on anything yet no matter how hard you try. You all have no morals + ethics. You make rules up to you go. I sit + watch girls w/sepretia and trying to get to there civilements move to frank to frank never hit A3 or Seg. You aren't right at all

Ersala Jarmon                    11/28/23        [signature] 3444          11/28/23

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #      DATE/TIME

RESPONSE: _____ what is your grievance? _____

_____ Sgt moeling 3444 _____

Ersala Jarmon          11/28/23

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #      DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jaxxxon                                                CELL: A41

PURPOSE OF FORM: (CHECK ONLY ONE)       SPN #: 650974

1. REQUEST _____   2. GRIEVANCE __X__   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

I have been moved 4 or 5 different times with deprivations due to comles on the 2nd pod & being
given A5 become without normal at all but even needs. Moved from A6 pod other to the
booms that tempering and having a great which has been proven. I need to move into more of a great
and just to get close to the other inmate and to here it happened. I have been constantly being kept
from any inmate lying. My civil rights keep being breached. Why is that? I am constantly morally kept
by an inmate & was afraid to expericur due to me getting moved again to seg. Other inmate wanted it & I develope
Ersala Jaxxon                                        O_____ ____ 11/25/23

INMATE SIGNATURE            DATE/TIME            JAILER SIGNATURE & BADGE #       DATE/TIME

RESPONSE: The first 3 times you were moved were to prevent altercations with
other inmates. The last 2 times you were for suicide watch. Your civil rights
have not been violated because you were moved to different cell locations.
Each time you were moved were justified and for the safety of yourself
and others. This complaint does not constitute a grievance.
                                    Sgt   Gabriel 7763        10-27-2023

Ersala Jaxxon           11/28/23                    _____ 3578    11-28-23

INMATE SIGNATURE            DATE/TIME            JAILER SIGNATURE & BADGE #       DATE/TIME

White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

(ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon                                          CELL: A41

PURPOSE OF FORM: (CHECK ONLY ONE)                SPN #: 650979

1. REQUEST    X        2. GRIEVANCE _____    3. MEDICAL _____    4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I'm doing paper work to sue this county. It ask for full name + address of officer. Please provide.

Sgt. Hayes, Col Andrade, Perez, Castillo, Ebert, Core Health, Sheriff Raywolds, Nurse De' Marie, Nurse Candice, Scott, Mallody for witness

Ersala Jarmon              12/02/23

INMATE SIGNATURE              DATE/TIME              JAILER SIGNATURE & BADGE #          12.03.23
                                                                                          3321
                                                                                        DATE/TIME

RESPONSE: one request per form

INMATE SIGNATURE              DATE/TIME              JAILER SIGNATURE & BADGE #          12.05.23
                                                                                          3321
                                                                                        DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

*Lieutenant*

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Eisela Jarmon                                                              CELL: A41

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 1650979

1. REQUEST _____  2. GRIEVANCE _____ X 3. MEDICAL _____ 4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

I put in several grievance about jarrell Dishong, Negative Dishong, inmate harrassment and civil rights violations. Lt Ebert has not regested every grievance I attempted with him. He didn't follow proper procedures and he manual, but the harrassment continue. I

_____

Eisela Jarmon          12/10/23                    OSin. 3348         12/10/23

INMATE SIGNATURE             DATE/TIME              JAILER SIGNATURE & BADGE #      DATE/TIME

RESPONSE: Mrs. Jarmon,

After reviewing _____ are on file, you are being answered to. The Admin

Sergeant has also answered all your grievance request in accordance with TCJS.

                                                                    @ 09:55
                                                   Lt. Ptw # #33M   12/11/2023

Eisela Jarn          12/11/23                    _____ #3478       12-11-23

INMATE SIGNATURE             DATE/TIME              JAILER SIGNATURE & BADGE #      DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon          CELL: A4

PURPOSE OF FORM: (CHECK ONLY ONE)     SPN #: 1050979

1. REQUEST _____ 2. GRIEVANCE _____ X 3. MEDICAL _____ 4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

My entire stay @ Comal County has been hell. I had a medical problem and it started because profiling, harassment, racial profiling by a third full officers. Every time I noticed I did nothing. I notice about his hands on the grievance been ignored for over a month that the officers keep me in prison mrt, + being told its a problem by different ranking officers.

| Ersala Jarmon | 12/13/23 | OSm 3348 | 12/13/23 |
|---|---|---|---|
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

RESPONSE:          Duplicate Request

mrs Jarmen
I responded to you on 12/11/2023 @ 09:55 about the above request. All Inmate Service Request forms we have on file are being answered. The Admin Sergeant Has also answered all your grievance request in accordance with TCIS

                                        Lt. Steve Harris #3317   @ 11:01 12/16/2023

| X Ersala Jarmon | 12/15/23 | hm 3m | 12/15/23 14m |
|---|---|---|---|
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

(ONLY ONE REQUEST PER FORM)

*Sgt Elbert*

NAME: Ersala Jarmon                                                CELL: A5

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)         SPN #: 650479        My God is Good All the Time

1. REQUEST _____   2. GRIEVANCE ___X___   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

I had a weekend from hell. I was told to stop turning in fake forms from a Sgt. I was handled by a male officer + told it was ok only to later see him playing with inmate + let her hit him. It was proven on CAMRA how I've been NEGATIVELY, profiled. It was proven on CAMRA how every incident on hand was justified. It was proven on CAMRA how I been wrongly treated + so. I'm on camera. I begged to be left alone. So anything was brought up from the readers handled, woke up, I am told I have behavior issues that's why I been moved without the Sgt know. I never had problems with inmates + a grievance + was not because of me. He profile me. I've made excuses for her actions.

Ersala Jarmon                    8/28/23                    TML 3322    8-28-23

INMATE SIGNATURE          DATE/TIME              JAILER SIGNATURE & BADGE #        DATE/TIME

RESPONSE: Abuse of request/grievance forms is not tolerated. You have submitted numerous requests regarding ofc Perez based upon your personal opinion of her performance of her duties. Ultimately you have been moved multiple times due to disruptive behavior. If you choose to be non compliant and violate jail rules, officers will continue to do their jobs and write you up.

Sgt Grant 3317    8-30-2023

Ersala Jarmon              8/31/23                    MTG 2395              08/31/23

INMATE SIGNATURE          DATE/TIME              JAILER SIGNATURE & BADGE #        DATE/TIME

**White-Inmate file when completed        Yellow-Response to inmate request        Pink-Original inmate copy**

Elbert

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE
### (ONLY ONE REQUEST PER FORM)

NAME: Ersah Jarmon                                                      CELL: A5 4

PURPOSE OF FORM: (CHECK **ONLY ONE**)          SPN #: 650979

1. REQUEST _____    2. GRIEVANCE ___X___    3. MEDICAL _____    4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

You clearly stated you saw him not touching me when the other got
small. I was hostile & it was fine even though my hands were on two
bags & I probably skin spoken to them of grace. So was it ok for him to be
horse playing with inmate Fitch & allowing him to hit him in his chess with sard
by several inmates that same day. Inmate everything wrong I write when others
obviously break many rules as well. So we are all inmates of different levels they just
haven't been changed. I just want to be an inmate left alone. Please.

Ersah Jarmon                        08/30/23

INMATE SIGNATURE              DATE/TIME              JAILER SIGNATURE & BADGE #         DATE/TIME

RESPONSE: _____

_____

_____

_____

_____

Ersah Jarmon           8/31/03

INMATE SIGNATURE              DATE/TIME              JAILER SIGNATURE & BADGE #         DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Ersala Jarmon                                                                 CELL: A5"

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 180979

1. REQUEST _____    2. GRIEVANCE _____    3. MEDICAL _____    4. OTHER _____

**REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) _NO PROFANITY_**

I just want it documented that any time my name is involved or anyones that I'm
tattled on, taunted, mistreated told I can be abused, I'm not obeying an order
in order not ever given, so and just plain harasses and abused by the same
handful of officers. Sgt Hayes, Sgt Elbert Maldonado, Perez, Cassillas + Sgt Willy
time I ask to speak to ranking with any matter involved those things I'm
always ignored, denied and also told to stop putting in grievances on them trying to get them in...

Ersala Jarmon                          9/12/23                    THC 3322               9-12-23

INMATE SIGNATURE                    DATE/TIME          JAILER SIGNATURE & BADGE #        DATE/TIME

RESPONSE: _____

_____

This is not a request
even specific complaint

- TYC 3787

_____

_____

_____

_____ 9/12/23                    THC 3322               9-12-23

SIGNATURE                    DATE/TIME          JAILER SIGNATURE & BADGE #        DATE/TIME

White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy

Sgt

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon     CELL: A5 #1

PURPOSE OF FORM: (CHECK <u>ONLY</u> ONE)     SPN #: 650979

1. REQUEST _____   (2. GRIEVANCE)   X   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) <u>***NO PROFANITY***</u>

① It was brought to my attention that only the black women were wrote up on the day of the WRITE-UP's and altercation of 8/22/23? i was found innocent of the charges officer Perez made against me and I have continuously put in GRIEVANCES about her targeting us/me ② This grievance is to address also that I had court on 9/15/23 and due to the separation against one of the girls who should have been written up for illegal activity I was refused the ability to attend my court proceedings ③ The above incident caused me to have an officer harshly put his hands on me in a violent, unecessary way, despite my following orders.

Ersala Jarmon _____ 9.17.23 _____ Gomez 2421   09/17/23   2148

INMATE SIGNATURE         DATE/TIME         JAILER SIGNATURE & BADGE #     DATE/TIME

RESPONSE: ① You were written up for your involvement in the incident. No explanation concerning anyone else is owed to you. ② You were found guilty of Disruption of _____ And Disruptive Activity. ③ Your _____ court is the responsibility of your attorney and the court. ④ Already addressed.

Sgt Scott 7574   9-18-2022

G. Jarmon _____ 9/11/23 _____ Sgt Scott #3579   9/18/2023   1330

INMATE SIGNATURE         DATE/TIME         JAILER SIGNATURE & BADGE #     DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ursula Jarmon                                                      CELL: A5'

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)          SPN #: 1650979

1. REQUEST _____  2. GRIEVANCE _____  X  3. MEDICAL _____  4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) ***NO PROFANITY***

separations from multiple inmates. I have had no other reasons or caused any disruptions for separation status for anyone. This caused me to me reset in court because I wasn't there. It trickled down to a male officer putting his hands on me coming from a woman that experienced domestic violence unless volume wasn't loud I followed all orders on that issue

Ursula Jarmon          9/18/23                    [signature] SD8          9-19-23
INMATE SIGNATURE         DATE/TIME              JAILER SIGNATURE & BADGE #      DATE/TIME

RESPONSE: _____

One request per form

[signature]                                       [scribble] 3524
                                                              091823
INMATE SIGNATURE         DATE/TIME              JAILER SIGNATURE & BADGE #      DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

(ONLY ONE REQUEST PER FORM)

NAME: _Ursula Jaimm_      CELL: _A5'_

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)      SPN #: _650979_

    1. REQUEST _____    2. GRIEVANCE \_\_\_X\_\_\_    3. MEDICAL _____    4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

_Making a verbal or threat such that work related to it. Metallic removals in the_
_way... Oh both are bused to point on me, until my roommate Shawn to him_
_never as not to touch it. stop. I was just in a room of 8 really crazy sick inmate_
_when he got bout of A5 + tried to put it on me. Harassment documented_
_so don't wait for the response given to me telling me he would do that and_
_it was OK. like always._

_Ursula Jaimm_     _9/19/23_        _Pam  3381_       _9/20  1200_

INMATE SIGNATURE       DATE/TIME        JAILER SIGNATURE & BADGE #       DATE/TIME

RESPONSE: _____

_Grievance # 621 issued_

_Sgt Gilbert 7147_
_9-20-2023_

_Sgt Gilbert 7147   Sgt Field 7147  9-20-2023_

\_\_\_URE       DATE/TIME        JAILER SIGNATURE & BADGE #       DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Esala Jaimon CELL: A5

PURPOSE OF FORM: (CHECK ONLY ONE) SPN #: 650919

1. REQUEST ____ 2. GRIEVANCE X 3. MEDICAL ____ 4. OTHER ____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) ***NO PROFANITY***

It was an injustice that held/withdrawn from me getting discharged. I'd take no order. [illegible] 7 days [illegible] + The one caused it + [illegible] I was [illegible] hands [illegible] as well. One black lady put in segregation / put into restraint chair. I was telling you about the harassment, They asked none of us any questions at all just done and a woman of past domestic violence don't agree of a male touching me at all unless there was no sound on that tape. I followed orders + was in compliance. I have been [illegible] 1½ months + was ready to be done with my time here. How can you [illegible] There would have been no [illegible] it ok to [illegible] some meds. This is not ok. [illegible] I suppose to be out [illegible]

Esala J[illegible] 9/19/23 — INMATE SIGNATURE — DATE/TIME

A. C[illegible] 3412 9.19.23 — JAILER SIGNATURE & BADGE # — DATE/TIME

RESPONSE: what is your question?

Esala J[illegible] 10/[illegible]/23 — INMATE SIGNATURE — DATE/TIME

JAILER SIGNATURE & BADGE # — DATE/TIME

**White-Inmate file when completed** **Yellow-Response to inmate request** **Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Eysala Jarman                                              CELL: A5

PURPOSE OF FORM: (CHECK ONLY ONE)                    SPN #: 650979

1. REQUEST _____    2. GRIEVANCE  X    3. MEDICAL _____    4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

This grievance is to address the disiplinary actions taken against me and 2
other inmates who were racially targeted and treated wrongfully. We were not
even the persons who started the disturbance, buying, selling, or attempting to
obtain someone else's medication, nor were we refusing to follow any officer's
verbal orders. The nerve of a grievance overseer to tell an inmate that it

| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |
|---|---|---|---|
| Eysala Jarman | 9/18/23 | [signature] 3318 | 9-19-23 |

RESPONSE: One Request per Form

| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |
|---|---|---|---|
| | | [signature] 3321 | 091923 |

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

2

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ursula Jarmon                                                    CELL: A5'

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)                SPN #: 650979
  1. REQUEST _____   2. GRIEVANCE _____ X ___ 3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) ___NO PROFANITY___

ₐnot my concern that another inmate who directly started the disturbance
not be held accountable for the entire argument in the first place is a
grievous miscarriage of justice. Especially since it has caused major
repercussions for people who were not in violation of any written or verbal
regulations to be denied court due to separation issues, placed in

_Ursula Jarmon_          9/19/23          _(jailer signature) 337A_          9-19-23
INMATE SIGNATURE         DATE/TIME         JAILER SIGNATURE & BADGE #         DATE/TIME

RESPONSE: One Request per form
                                                                              3321
                                                                              09 19 23
INMATE SIGNATURE         DATE/TIME         JAILER SIGNATURE & BADGE #         DATE/TIME

**White**-Inmate file when completed     **Yellow**-Response to inmate request     **Pink**-Original inmate copy

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon                                    CELL: A5

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)            SPN #: 650979

1. REQUEST _____    2. GRIEVANCE _____    X  3. MEDICAL _____    4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) <u>**NO PROFANITY**</u>

isolation for 2 weeks time without even being written up first until
much later. Another inmate was placed in a restraint chair and I have
been reset in court due to a separation/classification issue as a direct
result of my being wrongfully accused of being involved in a disruption.
And the other inmate who is separation classification with me has several

Ersala Jarm _____ 9/19/23 _____ MH _____ 5518 _____ 9-19-23

INMATE SIGNATURE         DATE/TIME              JAILER SIGNATURE & BADGE #         DATE/TIME

RESPONSE: _____

one request per form

INMATE SIGNATURE         DATE/TIME              JAILER SIGNATURE & BADGE #         09.19.23

White-Inmate file when completed        Yellow-Response to inmate request        Pink-Original inmate copy

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersula Jammer                                    CELL: A5' d w

PURPOSE OF FORM: (CHECK ONLY ONE)     SPN #: 650979

1. REQUEST _____   2. GRIEVANCE ___X___   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I just received a letter from my lawyer stating "I could not be transported
due to a fight." Medium I was disorderly myself and did
cause a disturbance by myself. I can't go homicidal to the person that
I didn't go with. I still can't go with a medSheriff. I say she
I want to have a court re-mands but not but on me. Unacceptable

_____   4/22/23                   R13Y190            9.27.23

INMATE SIGNATURE                 DATE/TIME        JAILER SIGNATURE & BADGE #        DATE/TIME

RESPONSE: The jail does not determine who goes to court. You may
take that issue up with the courts. We do not make
safety and security decisions based upon court re handling, when
handling incidents in the jail.

                                        Sgt. Baker 3749
                                        9-25-2023

_____   _____        _____   _____

INMATE SIGNATURE                 DATE/TIME        JAILER SIGNATURE & BADGE #        DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jurmon                                                    CELL: A5⁴

PURPOSE OF FORM: (CHECK ONLY ONE)       SPN #: 650979

1. REQUEST _____   2. GRIEVANCE ___X___   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) *NO PROFANITY*

Castillo put his hands on me to push me into my cell with both my hands on the bars + I wasn't moving + wasn't any threat. I followed all instructions which the last was to keep my hands on the bars. He is not suppose to touch me at all because I refused to sign a bogus write up from Perez who is constantly harassing me. I don't believe that any of my grievances where turned in because tons signed by the officers involved. Perez, Castillo, Compos, Scott, My pod witnessed the whole thing I did nothing wrong.

Ersala Jurmon          8/25/23                    [signature]  3761      8/25/23

INMATE SIGNATURE          DATE/TIME            JAILER SIGNATURE & BADGE #       DATE/TIME

RESPONSE: I have reviewed this incident. You were not pushed by anyone involved. However, the response regarding this incident from Sgt. Hayes on 8.25.2023 is accurate. Any officer may place their hands on any inmate who is being non-compliant.

                                                Sgt. G Scott  3761      8-29-2023

[signature]              8/30/23                    [signature]  3578      8-20-23

INMATE SIGNATURE          DATE/TIME            JAILER SIGNATURE & BADGE #       DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

(ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon                                                           CELL: A5⁴

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)                 SPN #: 650979

1. REQUEST _____   2. GRIEVANCE _____ X   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) <u>***NO PROFANITY***</u>

I just spoke to Mrs. Schnider about A5(Erika) getting Mary Jane Team to make
an announcement if unit started an arguement, Erika tried to confront me about some
wrong information because, I told another inmate not to get in trouble selling her
pills. I knew nothing about to whom until Erika called herself confronting me tell, me
herself. Perez took Erika out who started all the mess I brought her back in the
pod + moved me out. I didn't start any arguements nor do I buy/sell, or trade any meds
have no problems with inmate so he didn't question me she brought me a write up.
Ersala Jarmon       8/25/23                                  3261        8/26/23

INMATE SIGNATURE              DATE/TIME                 JAILER SIGNATURE & BADGE #         DATE/TIME

RESPONSE: _____

Duplicate request. Answered by Lt. Haynes # 3219
on 8-25-2023.

Sgt. Gebert 3241
8-27-2023

Ersala Jarmon    8/30/23                                   3378        8-30-23

INMATE SIGNATURE              DATE/TIME                 JAILER SIGNATURE & BADGE #         DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Gisela Jaimon                                                    CELL: A5

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)           SPN #: 650979

1. REQUEST _____   2. GRIEVANCE _____   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) <u>***NO PROFANITY***</u>

Perez is maliciously harassing me. Trying to write me up for a disturbance that
was started by another inmate trying to buy pills. She the other inmate approached
me because I told the inmate don't get in trouble selling her pills. I have
never had issues with any inmates the other girl has & she moved me and
moved me and wrote me up. She allowed all the inmates involved with the
buy, sell, trade of pills to remain in the tank. Constant harassment

_G. Gila Jaimon_____  3/25/23 ____          _____  3264  8/26/23

INMATE SIGNATURE            DATE/TIME            JAILER SIGNATURE & BADGE #     DATE/TIME

RESPONSE:

You will have a disciplinary hearing at a
future date. There you will be given the opportunity
to explain your side of the incident.

Sgt C Short 3345
8-30-2023

_Gisela Jaimes____  8/31/23 ____          _M. Mtg 2295__  08/31/23

INMATE SIGNATURE            DATE/TIME            JAILER SIGNATURE & BADGE #     DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Ersala Jarmon                          SPN #: 150979          CELL: A5

PURPOSE OF FORM: (CHECK ONLY ONE)

1. REQUEST _____   2. GRIEVANCE _____X____   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

I turned in grievance about Perez, Combs, Scott + Castillo and him wrongly putting his hands on me which many inmates witness him being in the wrong. Scott came in and was trying to be aggressive with me but I gave him no reason and the whole pod witnessed that as well + willing to witness as. I need to speak to Cpl. Bank because this harrassment is continuing + nothing being don.

| E.S.Q Jarmon | 8/25/23 | [signature] 3361 | 8/26/23 |
|---|---|---|---|
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

RESPONSE: The incident involving ofc. Castillo has already been addressed with you. If officer Scott did not assault or threaten to harm you, he + has not violated any thing.

Sgt C Scott 7742
8-30-2023

| E.J. Jarmon | 8/31/23 | [signature] 3395 | 08/31/23 |
|---|---|---|---|
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: _Ersala Jarmon_  CELL: _A54_

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)   SPN #: _650979_

    1. REQUEST _____   2. GRIEVANCE _X_   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

I REALLY need to speak to Rank. The Sgt and the Cpl. The entire pod witnessed the officers trying to achieve me & they could use unjustified force. I'm not being treated & my grievance items to the officers was not turned in & was signed by the officers grieve. My entire pod is willing to be a witness to what happen. I am being harrased. Nol is trying to help

_Ersala Jarmon_   _8/25/23_   INMATE SIGNATURE   DATE/TIME
_S__ 8364_   _8/25/23_   JAILER SIGNATURE & BADGE #   DATE/TIME

RESPONSE: _No unjustified force. We have and contact you._

_Sgt  Cobb # 7741_
_8-30-2023_

_Ersala Jarmon_   _8/31/23_   INMATE SIGNATURE   DATE/TIME
_NAW 13395_   _8/31/23_   JAILER SIGNATURE & BADGE #   DATE/TIME

**White-Inmate file when completed      Yellow-Response to inmate request      Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersala Jarmon                                                    CELL: A5"

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 050979
   1. REQUEST _____   2. GRIEVANCE _____   3. MEDICAL _____   4. OTHER ✓

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) *NO PROFANITY*

I need to speak with Rank (capt)
I am having major problems thats being over looked by officers
and being harassed by that any step I'm wrong it only hurts worst.

| Ersala Jarmon | 8/26/23 | [signature] 3378 | 8-26-23 |
|---|---|---|---|
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

RESPONSE:  What is your request regarding in regards too
speaking to rank?

G. Mendoza 3353

| Ersala Jarmon | 8/26/23 | [signature] 3378 | 8-26-23 |
|---|---|---|---|
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

**White**-Inmate file when completed     **Yellow**-Response to inmate request     **Pink**-Original inmate copy

*Thank Please (copy)*

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersula Jarmon          CELL: A54

PURPOSE OF FORM: (CHECK ONLY ONE)          SPN #: 650979

1. REQUEST _____ 2. GRIEVANCE __X__ 3. MEDICAL _____ 4. OTHER __X__

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

The last time I ask to speak to rank officers were ignoring me and my face blow up like a pumkin + I could have died. I have put in several complaints about being harrassed + now one male officer wrongly put his hands on me. I have been wrongly wrote up again due to being misliked. My Pod witnessed two different times I was mishandled by male officers but I put in grievence on there shifts + I, she was + turned in + they responded to it. Sgt told me thts Sgt said if I keep putting in Emotional grievence I would be punished. I need that in writing

Ersula Jarmon  8/27/23
INMATE SIGNATURE          DATE/TIME

Charles 3441  8-22-23  0452
JAILER SIGNATURE & BADGE #          DATE/TIME

RESPONSE: _____
_____
_____
_____
_____
_____
_____

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

**White**-Inmate file when completed          **Yellow**-Response to inmate request          **Pink**-Original inmate copy

Kinda Please
(CPI)

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersula Jarman                                                      CELL: A54

PURPOSE OF FORM: (CHECK **ONLY ONE**)         SPN #: 650979

1. REQUEST _____   2. GRIEVANCE ____X____   3. MEDICAL _____   4. OTHER ____X____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **_NO PROFANITY_**

The last time I ask to speak to rank officers were ignoring me
and my face blow up like a pumkn + I could have died. I have put
in several complaints about being harrassed + now one male officer
wrongly put his hands on me. I have been wrongly wrote up again due to being
mistreated by Ms. Pat, witnessed two times I were misheard bad by neila. I also
put in grievence on there shifts + always I turned in + they responded to it Sgt. Bell
no truth. Sgt said "I keep putting in bwhen my grievence I will be punished." I need
really Grjmark 8/07/23              Charles 344  8-27-23 0452   in writing

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

RESPONSE: _____

_____

_____

_____

_____

_____

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

Rank (opt) Please

NAME: Ersala Jarmon                                    CELL: AS 4

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)                SPN #: 650979

1. REQUEST _____  2. GRIEVANCE __X__  3. MEDICAL _____  4. OTHER __X__

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

regarding incidents that keep occurring with your officers that's being ignored. Constant harrassment Castillio put his hands on me yesterday it was witnessed by the pod. Scott came + tried to get aggressive with me witnessed by the pod. Compos didn't turn in my grievances + follow procedures with the grievance. Elbert keep ignoring my grievances on harrassment w/ Perez. She wrote me up after an inmate w/s operation issues tried to confront me about telling another inmate not to sell her pills + get in trouble. She never questioned me nor anyone else just moved me + wrote me up. I don't have issues with inmates + officers keep up wanted trouble w/ me. Please Help

INMATE SIGNATURE: Ersala Jarmon      DATE/TIME: 8/26/23      JAILER SIGNATURE & BADGE #: 3578      DATE/TIME: 8-28-23

RESPONSE: _____

_____

_____

_____

_____

_____

INMATE SIGNATURE          DATE/TIME          JAILER SIGNATURE & BADGE #          DATE/TIME

White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

Rank (Cpl) Please
A5 4

NAME: Ersala Jarmon                                    CELL: _____

PURPOSE OF FORM: (CHECK ONLY ONE)            SPN #: 650979
  1. REQUEST _____  2. GRIEVANCE ___X___  3. MEDICAL _____  4. OTHER ___X___

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) *NO PROFANITY*

regarding incidents that keep occurring with your officers thats being ignored. Constant harrassment. Castillo put his hands on me yesterday it was witnessed by the pod. Scott came + tried to get aggressive with me witnessed by the pod. Campos didn't turn in my grievances + follow procedure with the gr. Warren, Elbert keep ignoring my grievances on harrassment w/ Perez. She wrote me up after an inmate obsperation. Laws told her don't tell me about telling another inmate not to spit her pills + act intoxicated. She never questioned me nor anyone else just mace? me + wrote me up. I don't have issues with inmates + officers keep up the unwanted trouble w/me. Please Help

| Ersala Jarmon | 7/21/23 | [signature] 756 | 8-28-23 |
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

RESPONSE: _____

_____

_____

_____

_____

_____

| | | | |
| INMATE SIGNATURE | DATE/TIME | JAILER SIGNATURE & BADGE # | DATE/TIME |

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**

Elbert

## COMAL COUNTY JAIL - REQUEST/GRIEVANCE

### (ONLY ONE REQUEST PER FORM)

NAME: Ersula Jarmon     CELL: A5$^4$

PURPOSE OF FORM: (CHECK ONLY ONE)     SPN #: 650979

1. REQUEST _____  2. GRIEVANCE _____ X  3. MEDICAL _____  4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

I need this in writing + documented
I received a bogus write up from Perez which whom been harrasing
me. She wrote me up after do Nothing, but telling me. And after an inmate
confronted me because I told inmate Perez not to sale or trade her pills to inmates he
(Tahoo) in Pod 6. She came to save me the write up with all the other that I don't like
me to have. Drew was here to give me more witness. This is the bottom line pod his been
on me. + Sgt which tried to get agressive with me. The pod witnessed Scott + Castillo. Nothing
is being done. Scott told me that the Sgt said if I keep putting in these grievances I will be punished."
Ersula Jarmon     8/27/23     R5341?0     8/26/23

INMATE SIGNATURE     DATE/TIME     JAILER SIGNATURE & BADGE #     DATE/TIME

RESPONSE: Duplicate request

Sgt Grant 3760     8-30-2023

[signature]     8/31/23     [signature] 8395     08/31/23

INMATE SIGNATURE     DATE/TIME     JAILER SIGNATURE & BADGE #     DATE/TIME

**White-Inmate file when completed     Yellow-Response to inmate request     Pink-Original inmate copy**