UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ERSALA JARMON, #01724400,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | SA-24-CV-00218-XR |
| v. | § | |
| | § | |
| **COMAL COUNTY JAIL, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Ersala Jarmon's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Ersala Jarmon's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

**IT IS FURTHER ORDERED** that Plaintiff Ersala Jarmon's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's Show Cause Order. *See* Fed. R. Civ. P. 41(b).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is so **ORDERED**.

**SIGNED** this 3rd day of June, 2024.

                                                                         _____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE